UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DENISE CRUMWELL,** *On Behalf of Herself And All Other Persons Similarly Situated*, <br><br> Plaintiff, <br><br> -against- <br><br> **ADVANCED PURIFICATION ENGINEERING CORPORATION,** <br><br> Defendant. | 23-CV-2283 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

    The Clerk of Court is respectfully requested to terminate all pending motions and close the case.

Dated:  August 1, 2023
         New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                            United States District Judge